PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
JOSE TALAVERA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>          Plaintiff,          )<br>     vs.                        )<br>                                )<br>JOSE TALAVERA and HERIBERTO     )<br>AVALOS,                         )<br>          Defendants            )<br>                                )<br>                                ) | CASE NO. 1:09-cr-00075-AWI<br><br>STIPULATION RE: CONTINUANCE<br>AND ORDER |

   IT IS HEREBY STIPULATED by and between Assistant United States Kathleen Servatius, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Jose Talavera and Attorney Carlos Fuentes, Counsel for Defendant Heriberto Avalos, that the Status Conference date scheduled for June 20, 2011, at 9:00 a.m. be vacated and the Status Conference be continued to this court's calendar on June 27, 2011 at 9:00 a.m. Additional time is needed for attorneys to review plea agreements with clients.

   The court is advised that counsel have conferred about this request that they have agreed to the court date of June 27, 2011 and that Ms. Servatius and Mr. Fuentes have authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for completion of plea negotiations, up to and including June 27, 2011.

Respectfully Submitted,

Dated:  June 15, 2011                    /s/ Preciliano Martinez
                                         Preciliano Martinez
                                         Attorney for Defendant
                                         JOSE TALAVERA

Dated:  June 15, 2011                    /s/ Carlos Fuentes
                                         Carlos Fuentes
                                         Attorney for Defendant
                                         HERIBERTO AVALOS

Dated:  May 24, 2011                     /s/ Kathleen Servatius
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff
                                         UNITED STATES OF AMERICA

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current June 20, 2011 Status Conference hearing is hereby vacated and reset to June 27, 2011.

IT IS SO ORDERED.

Dated:   June 16, 2011                   _____
                                         CHIEF UNITED STATES DISTRICT JUDGE