UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Heriberto AVALOS**<br>**Docket Number:  0972/1:09CR00075-01**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Heriberto Avalos is requesting permission to travel to Mexico.  Mr. Avalos is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On October 17, 2011, Heriberto Avalos was sentenced for the offense(s) of Possession of Methamphetamine with Intent to Distribute and Possession of Cocaine with Intent to Distribute.

**Sentence Imposed:**  70 months custody of the Bureau of Prisons; 60-month term of Supervised Release; and $200 Special Assessment. Special conditions include:   Search; Correctional treatment program; Program of testing; Aftercare co-payment; Pager/cell phone restrictions and provide billing records; Abstain from alcohol; Cooperate with ICE officials.

**Dates and Mode of Travel:**  The offender will be leaving for Mexico as soon as the Court approves his request.  He will be permitted to leave for a maximum of 17 days.  The offender will be traveling by commercial airlines.

**Purpose:**  Mr. Avalos is requesting permission to travel to Mexico to visit his mother, who is very ill.  This officer has received verification from the treating physician.  Mr. Avalos' mother is currently being treated for Leukemia for which she is undergoing chemotherapy treatments.

1

RE:     Heriberto AVALOS
        **Docket Number:  0972/1:09CR00075-01**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

In addition, it is also respectfully requested Your Honor provide the Probation Officer with the discretion to authorize any further travel by the offender to Mexico, without further Court notification.  If allowed to travel out of the country under the following noted conditions, the offender will be instructed to report to the United States Department of Homeland Security (or other appointed border security official) upon his entry and exit from Mexico.

                        Respectfully submitted,

                        /s/ Jose Figueroa

                        Jose Figueroa
                        United States Probation Officer

Dated:   August 25, 2014
         Modesto, California
         JF/lr
                          /s/ Jeff C. Oestreicher for
**REVIEWED BY:**   **Jack C. Roberson**
                   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved        ☐     Disapproved

IT IS SO ORDERED.

Dated:  August 25, 2014                    _____
                                                SENIOR DISTRICT JUDGE

2

REV.  09/2013
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX