UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>   v.<br><br>HERIBERTO AVALOS,<br><br>           Defendant. | No. 1:09-cr-00075-AWI-1<br><br>**ORDER ON MOTION REQUESTING EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>**(Doc. 75)** |

      The court has received a Motion Requesting Early Termination from Heriberto Avalos filed on February 9, 2015. Probation Officer Jose A. Figueroa has recommended that the court deny the motion based upon the fact that on July 12 and 13, 2014, Mr. Avalos was found in association with another felon named Ernestina Villareal with whom he sustained a consensual relationship. Ms. Villareal was also a felon under supervision, and her supervised release was subsequently revoked. Assistant United States Attorney agrees with the recommendation.

      Having duly considered the motion and the recommendation from Probation Officer Figueroa, the court DENIES the motion.

IT IS SO ORDERED.

Dated:   March 5, 2015                                                      

                                                    SENIOR DISTRICT JUDGE